# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ALEKSEI ANDRIUNIN | ) | |
| a/k/a Alex Andryunin | ) | 24-mj-6849-MPK |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 2017 - 2024 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit market manipulation and wire fraud |
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Gregory Gerber.

☑ Continued on the attached sheet.

/s/ Gregory Gerber

*Complainant's signature*

FBI Special Agent Gregory Gerber

*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 24, 2024

*Judge's signature*

City and state: Boston, Massachusetts        Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*