**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** DMA | **Category No.** II | **Investigating Agency** FBI |
| **City** Boston | | |
| **County** Suffolk | | |

**Related Case Information:**
- Superseding Ind./ Inf.: 24-cr-10190-AK    Case No.: _____
- Same Defendant: X    New Defendant: _____
- Magistrate Judge Case Number: _____
- Search Warrant Case Number: See Attached
- R 20/R 40 from District of: _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached    ☑ Yes   ☐ No

Defendant Name: GOTBIT CONSULTING LLC    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): ___   SSN (last 4#): ___   Sex: ___   Race: ___   Nationality: ___

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024    Signature of AUSA: /s/ David M. Holcomb

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    GOTBIT CONSULTING LLC

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. 24-cr-10190-AK    Case No. _____
- Same Defendant _____    New Defendant  X
- Magistrate Judge Case Number 24-mj-6849-MPK
- Search Warrant Case Number See Attached
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See Attached    ☑ Yes   ☐ No

**Defendant Information:**

Defendant Name: ALEKSEI ANDRIUNIN    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: Alex Andryunin

Address: Russia / Portugal

Birth date (Yr only): 1998    SSN (last 4#): _____    Sex: M    Race: _____    Nationality: Russian

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☑ Yes  ☐ No    List language and/or dialect: Russian

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Detained in Portugal

**Arrest Date:** 10/08/2024

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024    Signature of AUSA: */s/ David M. Holcomb*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ALEKSEI ANDRIUNIN

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
- Superseding Ind./Inf.: 24-cr-10190-AK    Case No.: ___
- Same Defendant: X    New Defendant: ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: See Attached
- R 20/R 40 from District of: ___

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached    ☑ Yes ☐ No

Defendant Name: Fedor Kedrov    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___

Address: Russia

Birth date (Yr only): ___    SSN (last 4#): ___    Sex: M    Race: ___    Nationality: ___

**Defense Counsel if known:** ___    Address: ___

Bar Number: ___

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Russian

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Lives in Russia

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___.
☐ Already in State Custody at ___ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ___ ☐ Misdemeanor ___ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024    Signature of AUSA: */s/ David M. Holcomb*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Fedor Kedrov

### U.S.C. Citations

| Set | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** DMA    **Category No.** II    **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. 24-cr-10190-AK    Case No. _____
Same Defendant X    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number See Attached
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See Attached    ☑ Yes ☐ No

Defendant Name: Qawi Jalili    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Kavi JLL

Address: Russia

Birth date (Yr only): ____    SSN (last 4#): ____    Sex: M    Race: ____    Nationality: ____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Christopher J. Markham; David M. Holcomb    Bar Number if applicable: 685591; 694712

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: Russian

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Lives in Russia

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ____    ☐ Misdemeanor ____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/31/2024    Signature of AUSA: /s/ David M. Holcomb

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Qawi Jalili

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Market Manipulation and Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Related Cases**

- 23-cr-10135-AK  (Max Hernandez)
- 23-cr-10325-AK (Michael Thompson)
- 24-cr-10014-AK (Russell Armand)
- 24-cr-10137-AK (Vy Pham)
- 24-cr-10187-AK (ZM Quant; Eric Ou; Ricky Lau)
- 24-cr-10188-AK (Bradley Beatty)
- 24-cr-10189-AK (Manpreet Kohli; Nam Tran; Haroon Mohsini)
- 24-cr-10190-AK (Gotbit Consulting; Fedor Kedrov; Qawi Jalili)
- 24-cr-10293-AK (CLS Global FZC LLC; Andrey Zhorzhes)
- 24-cr-10312-AK (David Zhou)

**Search Warrants**

- 23-mj-6501-MPK
- 23-mj-6502-MPK
- 23-mj-6503-MPK
- 23-mj-6504-MPK
- 23-mj-5553-JGD
- 23-mj-6601-MPK
- 23-mj-6602-MPK
- 23-mj-6603-MPK
- 23-mj-6604-MPK
- 23-mj-6605-MPK
- 23-mj-6606-MPK
- 24-mj-6194-MPK
- 24-mj-6195-MPK
- 24-mj-1363 (CDCA)
- 24-mj-4086-DHH
- 24-mj-4087-DHH
- 24-mj-6654-MPK
- 24-MJ-132 (New York)
- 24-mj-6893-MPK