### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GOTBIT CONSULTING LLC ET AL.,<br><br>    Defendants. | Case No. 1:24-cr-10190-AK |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Brenda R. Sharton, am a member in good standing of the bar of this Court and the attorney of record for Aleksei Andriunin. My bar number is 556909. Pursuant to Local Rule 83.5.3, I am moving for admission of Roger A. Burlingame to appear pro hac vice in this case as counsel for Aleksei Andriunin. Mr. Burlingame is a member of the bar of New York. I have verified that Mr. Burlingame is a member in good standing of the New York bar and his Rule 83.5.3(e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order admitting Roger A. Burlingame as counsel for Defendant Aleksei Andriunin in the above-captioned case.

> Respectfully submitted,
>
> By: */s/ Brenda R. Sharton*
> Brenda R. Sharton
> Dechert LLP
> One International Place, 40th Floor
> 100 Oliver Street
> Boston, MA 2110-2605
> (617) 728-7113
> brenda.sharton@dechert.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this action.

By: */s/ Brenda R. Sharton*
Brenda R. Sharton