# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GOTBIT CONSULTING LLC ET AL.,<br><br>    Defendants. | Case No. 1:24-cr-10190-AK |

## RULE 83.5.3(e)(3) CERTIFICATION

Pursuant to Local Rule 83.5.3(e)(3), I, Roger A. Burlingame, hereby certify the following:

A.    I am admitted to practice in and am a member in good standing in New York, the United States Court of Appeals for the Second Circuit, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York and the United States District Court for the Northern District of Illinois. I am also a Registered Foreign Lawyer in good standing in England and Wales.

B.    I am not the subject of pending disciplinary proceedings in any jurisdiction.

C.    I have not previously had an admission to this Court revoked for misconduct.

D.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

    By: */s/ Roger A. Burlingame*
    Roger A. Burlingame
    Dechert LLP
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036
    (212) 641 5682
    roger.burlingame@dechert.com