IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GOTBIT CONSULTING LLC ET AL.,<br><br>    Defendants. | Case No. 1:24-cr-10190-AK |

**(PROPOSED) ORDER**

Upon consideration of the motion to admit Roger A. Burlingame pro hac vice in the above-captioned case, it is this _____ day of _____, 2025, hereby ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED.

_____
Magistrate Judge M. Page Kelley