# EXHIBIT C

# Re: Request for Information Regarding Asset Blockage

| | |
|---|---|
| From | ▮▮▮ <complianceconsultant@proton.me> |
| To | ▮▮▮@fbi.gov |
| Date | Tuesday, September 24th, 2024 at 4:51 PM |

Dear ▮▮▮,

I hope you're doing well. I wanted to follow up on my previous message regarding the asset freeze related to wallet address 0x290B6eBbdca04eE984fB8617E1b92deea23052E3. As I haven't received a response yet, I would appreciate any updates or information you could provide on the matter, particularly regarding the court order and steps required for resolution.

If Circle or Tether may have incorrectly directed me to you and you are not overseeing this issue, I would be grateful if you could recommend the appropriate contact.

Thank you for your time, and I look forward to hearing from you soon.

On Thursday, September 19th, 2024 at 1:37 PM, ▮▮▮ <complianceconsultant@proton.me> wrote:

> Dear ▮▮▮,
>
> I hope this message finds you well. I am writing to seek clarification regarding the recent blocking of assets in USDT and USDC tied to the wallet address **0x290B6eBbdca04eE984fB8617E1b92deea23052E3**, which, as I understand, was actioned based on a court order.
>
> Could you kindly provide any available details regarding the court decision, including case references or a copy of the ruling, so that I may review the reasoning behind the asset freeze? Additionally, I would appreciate any information regarding the causes of the asset blockage and the steps that need to be taken to resolve the matter.
>
> Thank you in advance for your time and assistance. I look forward to your guidance on how to proceed with this matter.
>
> Best regards