# EXHIBIT D

Dostoevsky: "Brothers Karamazov" — [rating] — [in Prison]
"Besy" — 7/10 — too many dialogs, too few action, but great to know

Tolstoy: "War and Peace" — 10/10 — N1 book in jail to read
- "Hxo Pomeschika" — 5/10 — Grafamania
- "Polikyshka" — 6/10 — Okay one
- "Holstomer" — 4/10 — He got paid by page
- "Death of Ivan Ilyich" — 8/10 — good to read to know Tolstoy but save time
- "The master and the worker" — 3/10 — he got paid by page
- "Fake Cupon" — 5/10 — If you enjoyed "Anna Karenina" — read

Nabokov: "Defense of Luzhin" — 8/10 — much better than "Lolita"

Paulo Coelho: "O Monte Cinco" — 7/10

Archibald Cronin: "The Citadel" — 8/10 — highly recommend

E.M. Remark: "Night in Lisbon" — 9/10 — his best novel for me
"Triumph Arc" — 7/10
"No Changes at the western front" — 7/10, too hard in jail to read

A. Tolstoy (his son): "Peter I" — 9/10 — fantastic historical novel

Solzhenitzyn: "Archipelag GULAG" — 10/10. Must Read

T. Dreiser: "Finansist" — "Titan" — "Stoik" — 9/10 I love it

M. Sholohov: "Tihiy Don" — 10/10. Like "War and peace" but about Revolution in Russia

Pasternak: "Doctor Zhivago" — 9/10 — How Russian Smart people acted in 19[..]

Dumas: "Monte Cristo" — 8/10 — classics

T Mann: "The Magic Mountain" — 6/10